1
2
3                    UNITED STATES DISTRICT COURT FOR THE
4                       EASTERN DISTRICT OF CALIFORNIA
5   ROSA MARIA ALCALA              )
                                   )              1:07-CV-01851 OWW GSA
6                 Plaintiff,       )
                                   )              ORDER DISMISSING ACTION FOR
7        v.                        )              FAILURE TO SUBMIT
                                   )              STIPULATED DISMISSAL
8   UNUM LIFE INSURANCE COMPANY    )
     OF AMERICA                    )
9                                  )
                  Defendant.       )
10                                 )
                                   )
11  _____)
12
13       The parties in this matter having previously notified the
    court that a settlement had been reached in this matter, and having
14
    failed to submit a stipulated dismissal as requested;
15
         IT IS HEREBY ORDERED that this action is dismissed without
16
    prejudice.
17
18  IT IS SO ORDERED.
19
    **Dated:   April 11, 2008**              _____/s/ Oliver W. Wanger_____
20                                           UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28
                                        1