| | |
|---|---|
| 1 | **RIMAC & MARTIN, P.C.** |
| 2 | JOSEPH M. RIMAC - State Bar No. 72381<br>ANNA M. MARTIN - State Bar No. 154279 |
| 3 | 1051 Divisadero Street<br>San Francisco, California 94115 |
| 4 | Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |
| 5 | |
| 6 | Attorneys for Defendant<br>UNUM LIFE INSURANCE COMPANY OF AMERICA |
| 7 | **DEL L. TOLEDO** - State Bar no. 160468 |
| 8 | 2340 West Whitendale Ave., Suite A<br>Visalia, CA  93277 |
|   | Telephone (559) 739-7005<br>Facsimile (559) 739-7006 |
| 9 | |
| 10 | Attorney for Plaintiff<br>ROSA MARIA ALCALA |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | | |
|---|---|---|
| ROSA MARIA ALCALA, | ) | CASE NO. **1:07-cv-01851 OWW (GSA)** |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH** |
| | ) | **PREJUDICE AND ORDER THEREON** |
| vs. | ) | |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF<br>AMERICA, and DOES 1 to 100, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action, UNUM LIFE INSURANCE COMPANY OF AMERICA and ROSA MARIA ALCALA, through their designated counsel of record herein, that the above-captioned action be, and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

Each party shall bear its own costs and attorneys' fees in this action.

Pursuant to local rules, this document is being electronically filed through the Court's

-1-

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**                                           **CASE NO.  1:07-CV-01851 OWW (GSA)**

ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has signed this document; and (3) the signed document is available for inspection upon request.

**SO STIPULATED.**

LAW OFFICE OF DEL L. TOLEDO

Dated:  April 14, 2008       By:       /s/ DEL L. TOLEDO
                                       DEL L. TOLEDO
                                       Attorney for Plaintiff
                                       ROSA MARIA ALCALA


RIMAC & MARTIN, P.C.

DATED:  April 14, 2008       By:       /s/ ANNA M. MARTIN
                                       ANNA M. MARTIN
                                       Attorneys for Defendant
                                       UNUM LIFE INSURANCE COMPANY OF AMERICA


**ORDER**

**SO ORDERED.**  This matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   April 14, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**                    CASE NO.  1:07-CV-01851 OWW (GSA)